1  Zachary M. Best, SBN 166035
   MISSION LAW FIRM, A.P.C.
2  332 North Second Street
   San Jose, California 95112
3  Telephone: (408) 298-2000
   Facsimile: (408) 298-6046
4  Email: service@mission.legal

5  Attorney for Plaintiff,
   Cleveland Vickers

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEVELAND VICKERS, | No. 2:17-cv-01948-KJM-KJN |
| Plaintiff, | **STIPULATION TO CONTINUE INITIAL SCHEDULING CONFERENCE; ORDER** |
| vs. | |
| O'REILLY AUTO ENTERPRISES, LLC dba O'REILLY AUTO PARTS #3488; HONDA I, LLC; | Date: June 7, 2018<br>Time: 2:30 p.m.<br>Courtroom: 3<br>District Judge Kimberly J. Mueller |
| Defendants. | |

WHEREAS, an Initial Scheduling Conference in this matter is set for June 7, 2018 at 2:30 p.m. (Dkt. 13);

WHEREAS, Plaintiff Cleveland Vickers' ("Plaintiff") counsel, Zachary M. Best, has a final pretrial conference scheduled for an unrelated matter in San Francisco on June 7, 2018 at 2:00 p.m. Thus, Plaintiff's counsel must appear in San Francisco, in which, he is not able to appear in person at the Initial Scheduling Conference.

STIPULATION TO CONTINUE INITIAL SCHEDULING CONFERENCE; [PROPOSED] ORDER

Page 1

| | |
|---|---|
| 1 | WHEREAS, Plaintiff, and Defendants, O'Reilly Auto Enterprises, LLC dba O'Reilly Auto Parts #3488, and Honda I, LLC ("Defendants," and together with Plaintiff, "the Parties"), have agreed to continue the Initial Scheduling Conference to June 21, 2018 at 2:30 p.m.; |

WHEREAS, Plaintiff, and Defendants, O'Reilly Auto Enterprises, LLC dba O'Reilly Auto Parts #3488, and Honda I, LLC ("Defendants," and together with Plaintiff, "the Parties"), have agreed to continue the Initial Scheduling Conference to June 21, 2018 at 2:30 p.m.;

NOW, THEREFORE, the Parties, by and through their respective counsel, stipulate to a continuance of the Initial Scheduling Conference currently set for June 7, 2018 to June 21, 2018.

Respectfully submitted,

Dated: May 23, 2018      MISSION LAW FIRM, A.P.C.

*/s/ Zachary M. Best*
Zachary M. Best
Attorney for Plaintiff,
Cleveland Vickers

Dated: May 23, 2018      DOWNEY BRAND LLP

*/s/ Elizabeth B. Stallard*
Elizabeth B. Stallard
Attorneys for Defendants,
O'Reilly Auto Enterprises, LLC dba O'Reilly
Auto Parts #3488 and Honda I, LLC

**ORDER**

The parties having so stipulated and good cause appearing,

IT IS HEREBY ORDERED that the Initial Scheduling Conference currently set for June 7, 2018 is continued to June 21, 2018 at 2:30 p.m. in Courtroom 3, before District Judge Kimberly J. Mueller. The parties are to file their Joint Status Report no later than May 31, 2018.

**IT IS SO ORDERED**.

DATED: May 31, 2018.

_____
UNITED STATES DISTRICT JUDGE