Zachary M. Best, SBN 166035
MISSION LAW FIRM, A.P.C.
332 North Second Street
San Jose, California 95112
Telephone: (408) 298-2000
Facsimile: (408) 298-6046
Email: service@mission.legal

Attorneys for Plaintiff,
Cleveland Vickers

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEVELAND VICKERS, | No. 2:17-cv-01948-KJM-KJN |
| Plaintiff, | **STIPULATION TO AMEND SCHEDULING ORDER; ORDER** |
| vs. | |
| O'REILLY AUTO ENTERPRISES, LLC dba O'REILLY AUTO PARTS #3488, et al., | |
| Defendants. | |

Plaintiff, Cleveland Vickers ("Plaintiff"), and Defendants, O'Reilly Auto Enterprises, LLC dba O'Reilly Auto Parts #3488 and Honda I, LLC ("Defendants," and together with Plaintiff, the "Parties"), together request that the Court amend the current deadlines set by this Court's Status (Pretrial Scheduling) Order, dated July 25, 2018 (Dkt. 21) ("Scheduling Order") as follows:

**WHEREAS,** the Scheduling Order sets a deadline to request leave to amend the pleadings of September 28, 2018, and prior to amending his complaint, Plaintiff needs to inspect the subject property to identify whether any additional barriers to his access exist, for Plaintiff's consultant to prepare his findings, for Plaintiff to review those findings and prepare his amended complaint, for Plaintiff to provide the proposed amendment to Defendants so that they can

STIPULATION TO AMEND SCHEDULING ORDER; ORDER

1

| | |
|---|---|
| 1 | consider stipulating to the amendment, and for Plaintiff to prepare a motion for leave to amend |
| 2 | if Defendants not stipulate; |
| 3 | **WHEREAS,** Plaintiff properly noticed a site inspection which was to take place on |
| 4 | September 6, 2018; |
| 5 | **WHEREAS,** due to a scheduling conflict, counsel for Defendants has requested a |
| 6 | continuance of Plaintiff's site inspection; |
| 7 | **WHEREAS,** due to unavailability of counsel for rescheduling the site inspection, the |
| 8 | Parties have agreed to continue the deadline to amend the complaint; |
| 9 | **NOW, THEREFORE, THE PARTIES, THROUGH THEIR RESPECTIVE** |
| 10 | **COUNSEL, HEREBY STIPULATE AND AGREE** to amend the Scheduling Order to extend |
| 11 | the deadline to request leave to amend the pleadings to October 29, 2018. |
| 12 | All other requirements set forth in the Scheduling Order relating to the above shall |
| 13 | remain unchanged, including the pre-trial and trial dates. |

Dated: September 7, 2018       MISSION LAW FIRM, A.P.C.

*/s/ Zachary M. Best*
Zachary M. Best
Attorneys for Plaintiff,
Cleveland Vickers

Dated: September 7, 2018       DOWNEY BRAND LLP

*/s/ Elizabeth B. Stallard*
Elizabeth B. Stallard
Attorneys for Defendants
O'Reilly Auto Enterprises, LLC dba
O'Reilly Auto Parts #3488
and Honda I, LLC

**ORDER**

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that the Scheduling Order, dated July 25, 2018 (Dkt. 21), is amended to extend the deadline for the Parties to seek leave to amend the pleadings to October 29, 2018.

All other requirements set forth in the Scheduling Order relating to the above shall remain unchanged, including the pre-trial and trial dates.

**IT IS SO ORDERED**.

DATED: September 18, 2018.

_____
UNITED STATES DISTRICT JUDGE