DOWNEY BRAND LLP
ELIZABETH B. STALLARD (Bar No. 221445)
621 Capitol Mall, 18th Floor
Sacramento, CA 95814-4731
Telephone: (916) 444-1000
Facsimile: (916) 444-2100
Email: estallard@downeybrand.com

Attorneys for Defendants
O'REILLY AUTO ENTERPRISES, LLC dba
O'REILLY AUTO PARTS #3488,
and HONDA I, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEVELAND VICKERS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>O'REILLY AUTO ENTERPRISES, LLC dba O'REILLY AUTO PARTS #3488, HONDA I, LLC,<br><br>　　　　　Defendant. | Case No. 2:17-cv-01948-KJM-KJN<br><br>**STIPULATION AND ORDER TO CONTINUE FACT AND EXPERT DISCOVERY DEADLINES** |

Plaintiff Cleveland Vickers ("Plaintiff") and Defendants O'Reilly Auto Enterprises, LLC dba O'Reilly Auto Parts #3488 and Honda I, LLC (collectively, "Defendants"), by and through their respective counsel, jointly request an amendment to the Court's Status (Pretrial Scheduling) Order (Doc. 21) ("Scheduling Order") as follows:

1. On July 25, 2018, the Court issued its Scheduling Order setting the following deadlines:

　　a) Completion of Discovery:　　　　　　　　February 28, 2019

　　b) Deadline for Expert Disclosures:　　　　　March 8, 2019

　　c) Deadline for Rebuttal Expert Disclosures:　March 22, 2019

　　d) Completion of Expert Discovery:　　　　　May 3, 2019

| | |
|---|---|
| 1 | e) Hearing on Dispositive Motions            June 28, 2019 |

2. The Parties participated in Court-administered settlement discussions with Magistrate Judge Deborah Barnes on November 30, 2018, December 6, 2018, December 20, 2018, January 10, 2019, and January 24, 2019.

3. The Parties delayed pursuing active discovery while the settlement discussions were ongoing in an effort to keep costs down and their efforts focused on settlement, and expect to continue to participate in informal settlement discussions in an effort to resolve the matter.

4. The Parties' timely efforts to schedule depositions in this matter have also identified various logistical issues, including the need to address the fact that one or more of Defendant's corporate representatives are located in Missouri. The Parties are continuing to work to accommodate witness and counsel schedules and confirm workable dates for these depositions in the near future.

5. A scheduling order may be modified "for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). "Good cause may be found to exist where the moving party shows that it diligently assisted the court with creating a workable scheduling order, that it is unable to comply with the scheduling order's deadlines due to matters that could not have reasonably been foreseen at the time of the issuance of the scheduling order, and that it was diligent in seeking an amendment once it became apparent that the party could not comply with the scheduling order." *Kuschner v. Nationwide Credit, Inc.*, 256 F.R.D. 684, 687 (E.D. Cal. 2009).

6. Good cause exists to amend the Scheduling Order to allow completion of non-expert discovery and the disclosures of experts and rebuttal experts. Amending the Scheduling Order ensures completion of depositions of the parties and experts to avoid any surprise or prejudice at trial. No other changes to the Scheduling Order are requested, and no delay to the trial date and other deadlines will result from the proposed amendment.

7. NOW THEREFORE, the parties have agreed, subject to the Court's approval, to amend the Scheduling Order (Doc. 21) to continue the deadlines concerning fact and expert discovery deadlines as follows:

| Event | Current Date | Proposed New Date |
|---|---|---|
| Completion of Discovery | 02/28/2019 | 04/19/2019 |
| Designation of Experts | 03/08/2019 | 05/01/2019 |
| Designation of Rebuttal Experts | 03/22/2019 | 05/15/2019 |
| Expert Discovery Cutoff | 05/23/2019 | 05/29/2019 |

DATED: February 20, 2019      MISSION LAW FIRM, A.P.C.

By: /s/ Zachary M. Best – as authorized on 2/20/19
ZACHARY M. BEST
Attorney for Plaintiff
CLEVELAND VICKERS

DATED: February 20, 2019      DOWNEY BRAND LLP

By: /s/ Elizabeth B. Stallard
ELIZABETH B. STALLARD
Attorney for Defendants
O'REILLY AUTO ENTERPRISES, LLC, dba
O'REILLY AUTO PARTS #3488,
and HONDA I, LLC

## **ORDER**

IT IS HEREBY ORDERED that, pursuant to the foregoing stipulation of the parties, the Court's Status (Pretrial Scheduling) Order (Doc. 21) is modified as follows:

| Event | New Date |
|---|---|
| Completion of Discovery | 04/19/2019 |
| Designation of Experts | 05/01/2019 |
| Designation of Rebuttal Experts | 05/15/2019 |
| Expert Discovery Cutoff | 05/29/2019 |

IT IS SO ORDERED.

DATED: February 26, 2019.

_____
UNITED STATES DISTRICT JUDGE

1546416.1