DOWNEY BRAND LLP
ELIZABETH B. STALLARD (Bar No. 221445)
DAVID M. FOX (Bar No. 305147)
621 Capitol Mall, 18th Floor
Sacramento, CA 95814-4731
Telephone: (916) 444-1000
Facsimile: (916) 444-2100
Email: estallard@downeybrand.com

Attorneys for Defendants
O'REILLY AUTO ENTERPRISES, LLC dba
O'REILLY AUTO PARTS #3488,
and HONDA I, LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEVELAND VICKERS,<br><br>  Plaintiff,<br><br>  v.<br><br>O'REILLY AUTO ENTERPRISES, LLC dba O'REILLY AUTO PARTS #3488, HONDA I, LLC,<br><br>  Defendant. | Case No. 2:17-cv-01948-KJM-KJN<br><br>**ORDER CONTINUING DEADLINES FOR FACT AND EXPERT DISCOVERY AND LAST DATE TO HEAR DISPOSITIVE MOTIONS**<br><br>Complaint Filed: Sept. 20, 2017<br>Trial Date: None set |

**ORDER**

IT IS HEREBY ORDERED that, pursuant to the foregoing stipulation of the parties and good cause appearing therefor, the deadlines for fact discovery, expert discovery, and the last date to hear dispositive motions are continued as follows:

| Event | Current Date | New Date |
|---|---|---|
| Completion of Discovery | 4/19/2019 | 8/16/2019 |
| Deadline for Expert Disclosures | 5/1/2019 | 8/30/2019 |
| Designation of Rebuttal Experts | 5/15/2019 | 9/13/2019 |
| Expert Discovery Cutoff | 5/29/2019 | 9/27/2019 |
| Last Date to Hear Dispositive Motions | 6/28/2019 | 11/1/2019[1] |

---

[1] The parties requested October 25, 2019, which is not an available law and motion calendar date. November 1, 2019 is the next available law and motion calendar date.

1558898.1                    1

IT IS SO ORDERED.

DATED: May 17, 2019.

_____
UNITED STATES DISTRICT JUDGE